# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO.: 3:05CV171

| | |
|---|---|
| US LEC COMMUNICATIONS, INC., ) <br> US LEC OF ALABAMA, INC., ) <br> US LEC OF FLORIDA, INC., US LEC ) <br> OF GEORGIA, INC., US LEC OF ) <br> MARYLAND, INC., US LEC OF ) <br> NORTH CAROLINA, L.L.C., ) <br> US LEC OF SOUTH CAROLINA, INC., ) <br> US LEC OF PENNSYLVANIA, INC., ) <br> US LEC OF TENNESSEE, INC., and ) <br> US LEC OF VIRGINIA, L.L.C., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MCI-WORLDCOM NETWORK ) <br> SERVICES, INC., MCI, INC., and ) <br> MCI WORLDCOM ) <br> COMMUNICATIONS, INC., ) <br> ) <br> Defendants. ) <br> _____ ) | ORDER |

**THIS MATTER** is before the Court on the motion of Defendants to allow Mark D. Schneider to appear *pro hac vice*, filed June 1, 2005.

Upon careful review and consideration, this Court will grant Defendants' Motion.

In accordance with Rule 83.1(B) of this Court's Local Rules of Civil Procedure, Mr. Schneider is directed to pay the admission fee of ONE HUNDRED AND NO/100 DOLLARS ($100.00) to the Clerk of Court within ten (10) days from the date of the filing of this Order.

**SO ORDERED.**

**Signed: June 9, 2005**

*Graham C. Mullen*
Chief United States District Judge