RECEIVED
CHARLOTTE, N.C.
JUL 06 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| US LEC COMMUNICATIONS INC.; US LEC OF ALABAMA INC.; US LEC OF FLORIDA INC.; US LEC OF GEORGIA INC.; US LEC OF MARYLAND INC.; US LEC OF NORTH CAROLINA INC.; US LEC OF SOUTH CAROLINA INC.; US LEC OF PENNSYLVANIA INC.; US LEC OF TENNESSEE INC.; and US LEC OF VIRGINIA LLC., <br><br> Plaintiffs, <br><br> v. <br><br> MCI-WORLDWIDE NETWORK SERVICES, INC., MCI INC. and MCI WORLDCOM COMMUNICATIONS, INC., <br><br> Defendants. | Civil Action No. 3:05 CV 171 - MU <br><br><br> ORDER |

This matter is before the Court on the Motion of Plaintiffs US LEC Communications, Inc., US LEC of Alabama, Inc., US LEC of Florida, Inc., US LEC of Georgia, Inc., US LEC of Maryland, Inc., US LEC of North Carolina, Inc., US LEC of South Carolina, Inc., US LEC of Pennsylvania, Inc., US LEC of Tennessee, Inc., and US LEC of Virginia, LLC (collectively "US LEC"), pursuant to Local Rule 83.1(B) of the Rules of the United States District Court for the Western District of North Carolina.

It appears that the person for whom leave to appear *pro hac vice* is sought, Jason R. Scherr, an associate with the law firm of Swidler Berlin LLP, in Washington, D.C., is a member in good standing of the Bars of the States of Maryland and the District of Columbia.

CHAR2\810431_1

It further appears that Jason R. Scherr has associated with James P. McLoughlin and Scott M. Tyler of the North Carolina Bar.

IT IS THEREFORE ORDERED that Jason R. Scherr be permitted to appear *pro hac vice* in the above-captioned action pending in this Court as counsel for US LEC.

This 11th day of July, 2005.

*Graham C. Mullen*
United States District Court Judge

5